UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00157(1)-CRW |
| | § | |
| (1) Magdaleno Alba-Arreola | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 1, 2026, wherein the defendant (1) Magdaleno Alba-Arreola waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Magdaleno Alba-Arreola to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Magdaleno Alba-Arreola's plea of guilty to Count One (1) is accepted.

Signed this 15th day of September, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE